| **Fill in this information to identify the case:** | |
| --- | --- |
| Debtor name | **Temerity Trust Management, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:20-bk-15015-BR** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 15, 2020___    X _____
Signature of individual signing on behalf of debtor

**Hanan Kadadu**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re | **Temerity Trust Management, LLC** | | Case No. | **2:20-bk-15015-BR** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hanan Kadadu**<br>**9153 Hazen Drive**<br>**Beverly Hills, CA 90210** | | **1** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 15, 2020**          Signature *Hanan Kadadu*
                                                                **Hanan Kadadu**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Indirect subsidiary, In re Aviron 1601, LLC, United States Bankruptcy Court for the District of Delaware, Chapter 7 Case No. 19-12598-KBO, filed December 6, 2019, dismissed April 28, 2020.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Not applicable.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Indirect subsidiary, In re Aviron 1601, LLC, United States Bankruptcy Court for the District of Delaware, Chapter 7 Case No. 19-12598-KBO, filed December 6, 2019, dismissed April 28, 2020.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Not appicable.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:      **June 15, 2020**

Hanan Kadadu
Signature of Debtor 1


_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                           Page 1           **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **Temerity Trust Management, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   **2:20-bk-15015-BR**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $   **15,500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $   **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................   $   **15,500,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **18,530,975.95**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................   +$   **95,447.18**

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b   $   **18,626,423.13**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Temerity Trust Management, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:20-bk-15015-BR** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Aviron Group, LLC** | **90** % | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Temerity Trust Management, LLC** | | | Case number *(if known)*  **2:20-bk-15015-BR** |
|---|---|---|---|---|
| | <span>Name</span> | | | |

| | | | | |
|---|---|---|---|---|
| 15.2. | **Aviron Development, LLC** | **100** | % | Unknown |
| 15.3. | **Aviron Licensing, LLC** | **100** | % | Unknown |
| 15.4. | **Aviron Finance, LLC** | **100** | % | Unknown |
| 15.5. | **GroupM Media Services, LLC** | **100** | % | Unknown |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

| | |
|---|---|
| | **$0.00** |

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Temerity Trust Management, LLC | | Case number (If known) | 2:20-bk-15015-BR |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 9135 Hazen Drive, Beverly Hills, CA 90210 | Fee simple | Unknown | Expert | $15,500,000.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $15,500,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Temerity Trust Management, LLC**
Name                                                    Case number *(If known)*    **2:20-bk-15015-BR**

---

| **claim versus Aviron Capital, LLC** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **right of reimbursement arising from grant of collateral for BlackRock loan** | |
| **Amount requested** | **$0.00** | |

---

| **claim versus William K. Sadleir relating to BlackRock loan to Aviron Capital, LLC** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **contribution relating to debtor's grant of collateral for BlackRock loan** | |
| **Amount requested** | **$0.00** | |

---

| **claim versus Aviron 1703, LLC** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **right to reimbursement for debtor's guarantee of loan from Cairn** | |
| **Amount requested** | **$0.00** | |

---

| **claim versus Aviron 1703, LLC** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **right of subrogation arisning from debtor's guarantee of Cairn loan** | |
| **Amount requested** | **$0.00** | |

---

| **claim versus Aviron Licensing, LLC and Aviron Finance, LLC** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **right of contribution arising from debtor's guarantee of Cairn loan** | |
| **Amount requested** | **$0.00** | |

---

| **claim versus Kanan Kadadu and William Sadleir** | | **Unknown** |
|---|---|---|
| **Nature of claim** | **right of reimbursement arising from use of debtor's property** | |
| **Amount requested** | **$0.00** | |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                              **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Temerity Trust Management, LLC** | Case number *(If known)* | **2:20-bk-15015-BR** |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................................>* | | $15,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00   + 91b. | $15,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,500,000.00 |

**Fill in this information to identify the case:**

Debtor name **Temerity Trust Management, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:20-bk-15015-BR**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BlackRock Multi-Sector Income Trust**<br>Creditor's Name<br><br>**55 East 52nd Street**<br>**New York, NY 10055**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**March 25, 2019**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Aviron Group, LLC - % Ownership: 90**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$4,000,000.00** | **Unknown** |
| **2.2** **Cairn Capital Investment Funds ICAV**<br>Creditor's Name<br><br>**27 Knightsbridge**<br>**London SW1X 7LY, UK**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/1/2018**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**9135 Hazen Drive, Beverly Hills, CA  90210**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$14,341,996.00** | **$15,500,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Temerity Trust Management, LLC** | | Case number (if known) | **2:20-bk-15015-BR** |
|---|---|---|---|---|
| | Name | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ☐ Unliquidated |
| **1. Los Angeles County Tax Collector** | ■ Disputed |
| **2. Cairn Capital Investment Funds ICAV** | |

| 2.3 | **Los Angeles County Tax Collector** | Describe debtor's property that is subject to a lien | $188,979.95 | $15,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **9135 Hazen Drive, Beverly Hills, CA  90210** | | |

**P.O. Box 54018
Los Angeles, CA
90054-0018**

Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
July 1, 2019
Last 4 digits of account number
0009**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$18,530,975.95** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew K. Glenn
Kasowitz Benson Torres & Friedman
1633 Broadway
New York, NY 10019-6799** | Line  **2.2** | |
| **BlackRock, Inc.-Office General Cnsl
40 East 52nd Street
New York, NY 10022** | Line  **2.1** | |
| **Gary B. Stern
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603** | Line  **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Temerity Trust Management, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:20-bk-15015-BR**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

   1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

   3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
       out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Aviron Finance, LLC** | ■ Contingent | |
| | **9153 Hazen Drive** | ■ Unliquidated | |
| | **Beverly Hills, CA 90210** | ☐ Disputed | |
| | Date(s) debt was incurred  **October 1, 2018** | Basis for the claim:  **guarantee of loan to Aviron 1703, LLC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Aviron Licensing, LLC** | ■ Contingent | |
| | **9153 Hazen Drive** | ■ Unliquidated | |
| | **Beverly Hills, CA 90210** | ☐ Disputed | |
| | Date(s) debt was incurred  **October 1, 2018** | Basis for the claim:  **guarantee of loan to Aviron 1703, LLC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
| | **Franchise Tax Board** | ☐ Contingent | |
| | **Bankruptcy Section, MS: A-340** | ☐ Unliquidated | |
| | **P.O. Box 2952** | ☐ Disputed | |
| | **Sacramento, CA 95812-2952** | | |
| | Date(s) debt was incurred  **January 1, 2019 and January 1, 2020** | Basis for the claim:  **annual limited liability company tax and fee (prorated)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
| | **Jonathan & Beverly Neville** | ☐ Contingent | |
| | **1255 Wolf Hollow Lane** | ☐ Unliquidated | |
| | **#415** | ☐ Disputed | |
| | **UT 84227** | | |
| | Date(s) debt was incurred  **June 1, 2020** | Basis for the claim:  **loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Temerity Trust Management, LLC** | Case number (if known) | **2:20-bk-15015-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Los Angeles Municipal Service**
**PO Box 30808**
**Los Angeles, CA 90030-0808**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **April-May 2020**

Last 4 digits of account number  **5398**

Basis for the claim:  **Water and Electrical Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**My Alarm Company**
**3803 West Chester Pike**
**Suite 100**
**Newtown Square, PA 19073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **May 2020**

Last 4 digits of account number  **0651**

Basis for the claim:  **Security Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$347.18** |
|---|---|---|---|

**Southern California Gas**
**PO Box C**
**Monterey Park, CA 91756-5111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **April-May 2020**

Last 4 digits of account number  **5556**

Basis for the claim:  **Gas Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.00** |
|---|---|---|---|

**Western Exterminator Company**
**3333 West Temple Street**
**Los Angeles, CA 90026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **May 21, 2020**

Last 4 digits of account number  **3856**

Basis for the claim:  **Pet Control Inspection and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**William K. Sadleir**
**9135 Hazen Drive**
**Beverly Hills, CA 90210**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **March 25, 2019**

Last 4 digits of account number  **_**

Basis for the claim:  **grant of security interest in membership interest in Aviron Group, LLC as collateral for BlackRock loan to Aviron Capital, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Nigel Pearson**<br>**Paul Hastings LLP**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | Line  **3.1**<br><br>☐ Not listed. Explain ___ | **_** |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ |
| | | | **0.00** |

| Debtor | **Temerity Trust Management, LLC** | Case number (if known) | **2:20-bk-15015-BR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b. + $ | 95,682.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. $ | 95,682.18 |

**Fill in this information to identify the case:**

Debtor name     **Temerity Trust Management, LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)     **2:20-bk-15015-BR**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Temerity Trust Management, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:20-bk-15015-BR** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Aviron 1703, LLC** | **9135 Hazen Drive Beverly Hills, CA 90210** | **Cairn Capital Investment Funds ICAV** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Aviron Capital, LLC** | **9100 Wilshire Blvd, 800E Beverly Hills, CA 90212** | **BlackRock Multi-Sector Income Trust** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Aviron Capital, LLC** | **9100 Wilshire Blvd, 800E Beverly Hills, CA 90212** | **William K. Sadleir** | ☐ D ____<br>■ E/F  **3.8**<br>☐ G ____ |
| 2.4 | **Aviron Finance, LLC** | **9135 Hazen Drive Beverly Hills, CA 90210** | **Cairn Capital Investment Funds ICAV** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Aviron Licensing, LLC** | **9135 Hazen Drive Beverly Hills, CA 90210** | **Cairn Capital Investment Funds ICAV** | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Temerity Trust Management, LLC** | Case number *(if known)* | **2:20-bk-15015-BR** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

**Fill in this information to identify the case:**

Debtor name **Temerity Trust Management, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:20-bk-15015-BR**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Temerity Trust Management, LLC** | Case number *(if known)* | **2:20-bk-15015-BR** |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Temerity Trust Management, LLC**                    Case number *(if known)*  **2:20-bk-15015-BR**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. # 1700 Los Angeles, CA 90067** | | **June 1, 2020** | **$90,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor? Debtor, who borrowed it from Jonathan & Beverly Neville** | | | |
| 11.2.  **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd. # 1700 Los Angeles, CA 90067** | | **May 26, 2020** | **$10,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor? Debtor, from capital contribution from Hanan Kadadu, borrowed from American Express** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1.  **9100 Wilshire Blvd., 800E Beverly Hills, CA 90212** | | **October 14, 2015 to March 22, 2017** |

Debtor    **Temerity Trust Management, LLC**                         Case number *(if known)*  **2:20-bk-15015-BR**

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

---

| Debtor | **Temerity Trust Management, LLC** | Case number *(if known)* | **2:20-bk-15015-BR** |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|---|
| 25.1. | **Aviron Development, LLC
9135 Hazen Drive
Beverly Hills, CA 90210** | **film production and distribution** | **EIN:**

**From-To    3/15/19 to present** |

Debtor    **Temerity Trust Management, LLC**                                    Case number *(if known)*  **2:20-bk-15015-BR**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| 25.2. **Aviron Licensing, LLC**<br>**9153 Hazen Drive**<br>**Beverly Hills, CA 90210** | **film production and distribution** | EIN: | **37-1908915** |
| | | From-To | **8/31/18 to present** |
| 25.3. **GroupM Media Services, LLC**<br>**9135 Hazen Drive**<br>**Beverly Hills, CA 90210** | **film production and distribution** | EIN: | **81-4092539** |
| | | From-To | **10/7/16 to present** |
| 25.4. **Aviron Finance, LLC**<br>**9153 Hazen Drive**<br>**Beverly Hills, CA 90210** | **film production and distribution** | EIN: | **30-1129474** |
| | | From-To | **8/31/18 to present** |
| 25.5. **Aviron 1703, LLC**<br>**9135 Hazen Drive**<br>**Beverly Hills, CA 90210** | **film production and distribution** | EIN: | **47-4506945** |
| | | From-To | **8/26/17 to present** |
| 25.6. **Aviron 1802, LLC**<br>**9135 Hazen Drive**<br>**Beverly Hills, CA 90210** | **dormant** | EIN: | **83-2645324** |
| | | From-To | **10/10/18 to present** |
| 25.7. **Aviron 1803, LLC**<br>**9135 Hazen Drive**<br>**Beverly Hills, CA 90210** | **dormant** | EIN: | **83-2661687** |
| | | From-To | **10/10/18 to present** |
| 25.8. **Aviron Group, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN: | **47-4478166** |
| | | From-To | **7/8/15 to present** |
| 25.9. **Aviron Pictures, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN: | **47-4520988** |
| | | From-To | **7/8/15 to present** |
| 25.10. **Aviron Releasing, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN: | **61-1848637** |
| | | From-To | **6/13/17 to present** |
| 25.11. **Aviron Capital, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN: | **47-4506945** |
| | | From-To | **7/8/15 to present** |
| 25.12. **MAA Releasing, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN: | **47-5116641** |
| | | From-To | **9/17/15 to present** |
| 25.13. **Aviron 1601, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN: | **32-8502428** |
| | | From-To | **8/8/16 to present** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Temerity Trust Management, LLC | Case number (if known) | 2:20-bk-15015-BR |
|---|---|---|---|

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.14 | **Aviron 1701, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN:    **36-4859166**<br><br>From-To   **2/8/17 to present** |
| 25.15 | **Aviron 1702, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN:    **38-4036197**<br><br>From-To   **4/26/17 to present** |
| 25.16 | **Aviron 1704, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN:    **37-1861992**<br><br>From-To   **6/13/17 to present** |
| 25.17 | **Aviron 1705, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN:<br><br>From-To   **11/13/17 to present** |
| 25.18 | **Aviron 1706, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN:<br><br>From-To   **11/13/17 to present** |
| 25.19 | **Aviron 1801, LLC**<br>**9100 Wilshire Blvd, 800E**<br>**Beverly Hills, CA 90212** | **film production and distribution** | EIN:    **83-2004820**<br><br>From-To   **7/18/18 to present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Hedman Partners**<br>**Attn:  Chris Grodell**<br>**27441 Tourney Road, Suite 200**<br>**Valencia, CA 91355** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **William K. Sadleir** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Temerity Trust Management, LLC** | Case number *(if known)* | **2:20-bk-15015-BR** |
| --- | --- | --- | --- |

■ None

| **Name and address** |
| --- |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Hanan Kadadu | 9153 Hazen Drive<br>Beverly Hills, CA 90210 | Manager, Member, and trustee and beneficiary of William K. Sadleir and Hannah K. Sadleir Trust that includes Hanan Kadadu's sole membership interest in the Debtor | 100 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| William K. Sadleir | 9135 Hazen Drive<br>Beverly Hills, CA 90210 | Manager, and trustee and beneficiary of William K. Sadleir and Hannah K. Sadleir Trust that includes Hanan Kadadu's sole membership interest in the Debtor | March 22, 2017 to June 1, 2020 |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Debtor    **Temerity Trust Management, LLC**    Case number *(if known)*    **2:20-bk-15015-BR**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  |  |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_Signature of individual signing on behalf of the debtor_    **Hanan Kadadu**
Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Temerity Trust Management, LLC**                                       Case No.   **2:20-bk-15015-BR**

                                                    Debtor(s)          Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ....................................................   $             **12,937.00**

     Prior to the filing of this statement I have received ...........................................   $             **12,937.00**

     Balance Due ..................................................................................   $                  **0.00**

2.   $ __**1,717.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **Debtor, from $10,000 retainer, sourced from capital contribution from Hanan
                                          Kadadu, who borrowed it from American Express; $2,937 portion of $90,000
                                          retainer from Debtor, who borrowed it from Jonathan & Beverly Neville**

4.   The source of compensation to be paid to me is:

     ☐ Debtor      ■ Other (specify):    **for postpetition services, hourly rate and costs paid by Debtor, including from
                                          remaining $87,063 retainer, sourced from loan to Debtor by Jonathan & Beverly
                                          Neville**

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
         **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
         Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
         certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
         representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
         Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
         witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
         extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond
         LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
         pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
         operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
         collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
         property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
         in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
         Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
         any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
         Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
         preparation and approval of a disclosure statement in respect of the plan; and performing any other services
         which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Matters which are outside of LNBYB's specialization**

In re    **Temerity Trust Management, LLC**                                      Case No.    **2:20-bk-15015-BR**
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 15, 2020**                                                **/s/ Kurt Ramlo**
_____        _____
_Date_                                                            **Kurt Ramlo**
                                                                  _Signature of Attorney_
                                                                  **Levene, Neale, Bender, Yoo & Brill L.L.P.**
                                                                  **10250 Constellation Blvd., Suite 1700**
                                                                  **Los Angeles, CA 90067**
                                                                  **(310) 229-1234**
                                                                  **kr@lnbyb.com**
                                                                  _Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kurt Ramlo**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **166856 CA**<br>kr@lnbyb.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Temerity Trust Management, LLC**<br><br>                                                      Debtor(s),<br><br>                                       Plaintiff(s),<br><br><br><br><br><br><br><br>                                                    Defendant(s). | CASE NO.: **2:20-bk-15015-BR**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Kurt Ramlo**                                                      , the undersigned in the above-captioned case, hereby declare
                *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☑ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*

   b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

---

**June 15, 2020**                                      By:  **/s/ Kurt Ramlo**
Date                                                         Signature of Debtor, or attorney for Debtor

                                                      Name:  **Kurt Ramlo**
                                                             Printed name of Debtor, or attorney for
                                                             Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

## CONSENT AND AGREEMENT OF THE SOLE MEMBER OF
## TEMERITY TRUST MANAGEMENT, LLC TO COMMENCE
## CHAPTER 11 BANKRUPTCY PROCEEDING

The undersigned, Hannah Kadadu (the "**Sole Member**"), being the sole member and owning 100% of the membership interest in Temerity Trust Management, LLC, a Delaware limited liability company (the "**Company**"), hereby declares, consents, and agrees as follows:

WHEREAS, the Sole Member has reviewed the Company's financial situation, its prospects, its assets and liabilities, and the interests of the Company's creditors; and

WHEREAS, the Company is in extreme financial distress and needs to seek the protection of the Bankruptcy Court for the protection of its assets and the reorganization of its debts; and

WHEREAS, it appears to the Sole Member that it is in the best interest of the Company, and the Company's creditors, to commence a case under Chapter 11 of Title 11, United States Code (the "**Bankruptcy Code**");

NOW, THEREFORE, the Sole Member finds and determines it to be in the best interest of the Company and its creditors for it to commence a case (the "**Bankruptcy Case**") under Chapter 11 of the Bankruptcy Code to protect its assets and effect financial reorganization, and hereby authorizes Company to file a petition to commence the Bankruptcy Case on or after June 1, 2020.

FURTHER, the Member consents and agrees that the manager, William K. Sadleir (the "**Manager**") is empowered and directed, without further action, to direct the Bankruptcy Case and is designated and authorized to act as a "Responsible Individual" or "Authorized Agent" for the Company as may be required by Federal Rule of Bankruptcy Procedure 9001(5) and Local Rules of the United States Bankruptcy Court for the Central District of California, and to cause to be prepared, signed, and filed and prosecuted on behalf of the Company, a petition for relief under Chapter 11 of the Bankruptcy Code, to take all actions necessary or appropriate to successfully prosecute a Chapter 11 case, including, without limitation, use of cash collateral and/or obtaining of post-petition financing, filings and responding to motions and/or adversary proceedings, the proposing of a Plan of Reorganization and Disclosure Statement describing such Plan, the settlement of disputes and compromises of controversies, sale pursuant to 11 U.S.C. § 363, the employment of professionals pursuant to 11 U.S.C. §§ 327 and 328 as necessary or appropriate during the Bankruptcy Case, and the using of Company assets through bankruptcy procedure, and to appear, testify, and otherwise act on Company's behalf, and to prepare, sign, file, and/or execute all agreements, instruments, and documents, and to do all things, as shall be necessary and appropriated in his best judgment to effect the foregoing.

FURTHER. the Member ratifies the retention of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. to commence and prosecute said Chapter 11 case on behalf of the Company, and to do all things, and to prepare, sign and file all papers and documents necessary or proper therein.


IN WITNESS WHEREOF, the Sole Member and the Manager have executed this Agreement as of the date first written above.

SOLE MEMBER:

Hannah Kadadu

MANAGER:

William K. Sadleir