| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kurt Ramlo<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>166856 CA<br>kr@lnbyb.com | |

☐ Individual appearing without attorney
☑ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

**Temerity Trust Management, LLC**

Debtor(s)

CASE NO.: **2:20-bk-15015-BR**

CHAPTER: **11**

**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]**

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G
☐ Schedule H        ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s)   ☐ Statement of Intentions   ☑ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  **June 16, 2020**

_/s/ Hanan Kadadu_
**Hanan Kadadu**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 1                          F 1007-1.1.AMENDED.SUMMARY

# Amended Schedule F

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Temerity Trust Management, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | 2:20-bk-15015-BR |

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Aviron Finance, LLC<br>9135 Hazen Drive<br>Beverly Hills, CA 90210<br>Date(s) debt was incurred  **October 1, 2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **guarantee of loan to Aviron 1703, LLC**<br>Is the claim subject to offset?  ■ No   ☐ Yes | | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Aviron Licensing, LLC<br>9135 Hazen Drive<br>Beverly Hills, CA 90210<br>Date(s) debt was incurred  **October 1, 2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **guarantee of loan to Aviron 1703, LLC**<br>Is the claim subject to offset?  ■ No   ☐ Yes | | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br>Date(s) debt was incurred  **January 1, 2019 and January 1, 2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **annual limited liability company tax and fee (prorated)**<br>Is the claim subject to offset?  ■ No   ☐ Yes | | **$1,200.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Jonathan & Beverly Neville<br>1255 Wolf Hollow Lane<br>#415<br>Salt Lake City, UT 84117<br>Date(s) debt was incurred  **June 1, 2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **loan**<br>Is the claim subject to offset?  ■ No   ☐ Yes | | **$90,000.00** |

| Debtor | **Temerity Trust Management, LLC** | Case number (if known) | **2:20-bk-15015-BR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Los Angeles Municipal Service**<br>**PO Box 30808**<br>**Los Angeles, CA 90030-0808**<br>Date(s) debt was incurred **April-May 2020**<br>Last 4 digits of account number **5398** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Water and Electrical Utility Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,500.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**My Alarm Company**<br>**3803 West Chester Pike**<br>**Suite 100**<br>**Newtown Square, PA 19073**<br>Date(s) debt was incurred **May 2020**<br>Last 4 digits of account number **0651** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Security Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$400.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Southern California Gas**<br>**PO Box C**<br>**Monterey Park, CA 91756-5111**<br>Date(s) debt was incurred **April-May 2020**<br>Last 4 digits of account number **5556** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Gas Utility Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$347.18** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Western Exterminator Company**<br>**3333 West Temple Street**<br>**Los Angeles, CA 90026**<br>Date(s) debt was incurred **May 21, 2020**<br>Last 4 digits of account number **3856** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Pet Control Inspection and Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$235.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**William K. Sadleir**<br>**9135 Hazen Drive**<br>**Beverly Hills, CA 90210**<br>Date(s) debt was incurred **March 25, 2019**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **grant of security interest in membership interest in Aviron Group, LLC as collateral for BlackRock loan to Aviron Capital, LLC**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Nigel Pearson**<br>**Paul Hastings LLP**<br>**1999 Avenue of the Stars**<br>**Los Angeles, CA 90067** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |

Debtor **Temerity Trust Management, LLC**
Name

Case number (if known) **2:20-bk-15015-BR**

**5b. Total claims from Part 2**  5b.  **+**  $    **95,682.18**

**5c. Total of Parts 1 and 2**   5c.  $    **95,682.18**
Lines 5a + 5b = 5c.

# Supplemental Master Mailing List

**Creditors To Be Added To Master Mailing List**

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Jonathan & Beverly Neville
1255 Wolf Hollow Lane # 415
Salt Lake City, Utah 84117

Los Angeles Municipal Service
PO Box 30808
Los Angeles, CA 90030-0808

My Alarm Company
3803 West Chester Pike
Suite 100
Newtown Square, PA 19073

Southern California Gas
PO Box C
Monterey Park, CA 91756-5111

Western Exterminator Company
3333 West Temple Street
Los Angeles, CA 90026

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **Summary of Amended Schedules, Master Mailing List and/or Statements** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 17, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
- Ron Maroko    ron.maroko@usdoj.gov
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On **June 17, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service List served by U.S. Mail attached

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 17, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2020 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**Added Creditors**

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Jonathan & Beverly Neville
1255 Wolf Hollow Lane # 415
Salt Lake City, Utah 84117

Los Angeles Municipal Service
PO Box 30808
Los Angeles, CA 90030-0808

My Alarm Company
3803 West Chester Pike
Suite 100
Newtown Square, PA 19073

Southern California Gas
PO Box C
Monterey Park, CA 91756-5111

Western Exterminator Company
3333 West Temple Street
Los Angeles, CA 90026