**KASOWITZ BENSON TORRES LLP**

*Attorneys for Cairn Capital
Investment Funds ICAV
for its sub fund Cairn Capstone
Special Opportunities Fund*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No.: 2:20-bk-15015-BR |
| TEMERITY TRUST MANAGEMENT, LLC, | Chapter 11 |
| Debtor. | **Evidentiary Objection to Declaration of Hanan Kadadu in Opposition to Motion for (I) Order [Appointing] Trustee Pursuant to 11 U.S.C. § 1104(a), or, Alternatively, (II) Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)** |
| | Date: July 21, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 |

Cairn Capital Investment Funds ICAV, for its sub fund Cairn Capstone Special Opportunities Fund, hereby respectfully objects to the Declaration of Hanan Kadadu in Opposition to Motion for (I) Order [Appointing] Trustee Pursuant to 11 U.S.C. § 1104(a), or, Alternatively, (II) Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 37], filed by the Debtor on July 9, 2020.

| Location | Objectionable Testimony | Basis For Objection |
|---|---|---|
| ¶ 13, at 23:18-21 | "On or about March 25, 2019, the Debtor and my husband pledged their respective membership interests in Aviron Group to facilitate an advance to Aviron Capital with respect a film entitled *After*. I estimate that the outstanding balance of the loan to Aviron Capital is approximately $4 million." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Inadmissible hearsay - FRE 802 |
| ¶ 14, at 23:22-24:3 | "BlackRock contends that my husband misused funds loaned to Aviron Capital and related companies, which are subsidiaries of the Debtor. BlackRock and the Securities and Exchange Commission have brought civil actions against my husband. My husband continues to defend against the BlackRock civil action after filing an answer denying the allegations of the complaint. To my understanding, SEC has not served the complaint in its action. The SEC on June 23, 2020 notified the court that it was continuing to investigate other parties with respect to the allegations in the complaint. The Department of Justice has criminal cases against my husband in the Southern District of New York and the Central District of California. My husband has pled not guilty in the New York case and has not been required to enter a plea in the California case. I am not aware of any suit brought against it with respect to those allegations." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Inadmissible hearsay - FRE 802 |

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ¶ 16, at 24:13-16 | "Aviron 1703, LLC is the borrower under a loan in the original amount of $20 million from Cairn Capital Investment Funds ICAV ("**Cairn Capital**"). Cairn Capital charged a $2.4 million fee for making the loan, which provided for a 12% interest rate and a 24% default interest rate." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Inadmissible hearsay - FRE 802 |
| ¶ 17, at 24:18-21 | "Aviron Licensing, LLC and Aviron Finance, LLC are also guarantors of the loan from Cairn Capital. The loan is also secured by proceeds from the distribution of *Serenity*, which have resulted in $13,479,542 in collections and payments on the loan." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Inadmissible hearsay - FRE 802 |
| ¶ 18, at 24:23 | "Cairn Capital began charging a 24% default interest rate from February 11, 2019 onward." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Inadmissible hearsay - FRE 802 |
| ¶ 18, at 24:24-26:6 | "Generally, all of Cairn Capital's default claims were refuted in a series of communications from both Aviron and its counsel in the months following the faulty February declaration of default.<br><br>. . .<br><br>This unilateral action by exhibitors did not constitute a default by Aviron. In any event, the exhibitors' actions were quickly and easily remedied by accounting adjustments." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Speculation – FRE 602<br>Inadmissible hearsay - FRE 802 |
| ¶ 19, at 26:7-9 | "On May 24, 2019, Cairn Capital agreed to forbear enforcing certain alleged rights with respect to the NRG reporting allegations and the exhibitor recoupment/offset issue if it received $3 million by July 15, 2019, which it did." | Lack of foundation – FRE 602<br>Lack of personal knowledge – FRE 602<br>Speculation – FRE 602<br>Inadmissible hearsay - FRE 802 |

KASOWITZ BENSON TORRES LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ¶ 25, at 27:9-15 | "Although the Debtor does not have cash on hand to repay the loan to Aviron 1703, LLC, the Beverly Hills Property is worth at least $17.5 million, significantly more than the disputed $14.7 million inflated balance of the Cairn Capital loan guaranteed by the Debtor. Combined with the approximately $3 to $5 million in other collateral securing the Cairn Capital loan, there is a significant equity cushion protecting Cairn Capital." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |
| ¶ 26, at 27:16-25 | "The Cairn Capital loan was made to the Debtor's subsidiary Aviron 1703, LLC, the maker of the film *Serenity*. The film has grossed $14,454,622 at domestic and international theaters and $7,895,000 in the home performance market where it continues to generate significant revenue, especially during this pandemic. The loan is secured by the film and its proceeds, which includes distribution contracts with Amazon Digital Services, LLC (Delaware) and Universal Pictures Home Entertainment. The Amazon contract payments are fixed and an additional $1,369,234 remains to be paid in four quarterly installments. The Universal contract is based on viewer demand. Before the film was distributed by Universal, it estimated that the film would generate $5,537,000 in revenue. These contracts involve an upfront payment at a significant percentage of the estimated contract revenue." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible hearsay - FRE 802 |

| | | |
|---|---|---|
| ¶ 26, at 27:25-28:3 | "In my experience, companies like Universal therefore underestimate revenue to protect themselves from any risk of an overpayment. The actual revenue almost always significantly exceeds the initial estimate. Since the Universal contract for *Serenity* began, the film has generated to date $4.7 million in revenue. Because of the ongoing pandemic, at home viewing by the public is exceeding those pre-pandemic estimates. I therefore estimate that the Universal contract will bring in from $836,000 to $2.5 million during the next two years." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |
| ¶ 27, at 28:4-6 | "Free television sales typically equal about 8.6% of the domestic box office, after sales commissions. Thus, I expect free television sales to exceed $700,000. Similarly, library rights, including second cycle rights, are expected to bring in at least $750,000." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ¶ 28, at 28:7-17 | "The fair market value of the Beverly Hills Property is at least $17.5 million. From my work in the real estate industry and from living in the area for three years, I have become intimately familiar with the real estate market in the area around the Beverly Hills Property and in Los Angeles generally for this type of residence. I have also gathered information about the local real estate market through an analysis of comparable properties. I obtained those comparables from two real estate brokers. The comparables are attached as Exhibits 2 and 3. One of those brokers believes that the Beverly Hills Property is worth at least $17.5 million and the other believes it is worth at least $15.5 million. Based on everything I have learned about the Beverly Hills Property, the local real estate market, and the market for similar residences, and based on my experience in the real estate industry, the fair market value of the Beverly Hills Property is at least $17.5 million." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |
| ¶ 29, at 28:18-21 | "Based on my real estate experience and the research I have conducted into the value of the Beverly Hills Property, the value of the Beverly Hills Property is also stable and not declining. To the contrary, based on my experience and my research into recent activity, I believe it is increasing in value." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |
| ¶ 30, at 28:26-28 | "Based on my real estate experience and my research, the rental value of the Beverly Hills Property is $25,000 to $30,000, which is higher than when the Debtor purchased the property." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |

KASOWITZ BENSON TORRES LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| ¶ 37, at 30:7-9 | "Based on my experience in the real estate industry and my research, I believe that the interest rate on those deferred payments would be significantly less than the 24% interest rate in the loan documents." | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |
| Ex. 2, at 35 | [Attachment] | Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |
| Ex. 3, at 38-42 | [Attachment] | Lack of relevance – FRE 401<br><br>Lack of foundation – FRE 602<br><br>Lack of personal knowledge – FRE 602<br><br>Inadmissible lay testimony; unqualified expert testimony – FRE 701 and 702<br><br>Inadmissible hearsay - FRE 802 |

Dated: July 14, 2020

**KASOWITZ BENSON TORRES LLP**

/s/ *Andrew R.J. Muir*
Andrew R.J. Muir
101 California Street, Suite 3000
San Francisco, California  94111
Telephone: (415) 421-6140
Facsimile:  (415) 398-5030
Email:       amuir@kasowitz.com

Andrew K. Glenn (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email:       aglenn@kasowitz.com
               sschmidt@kasowitz.com

*Attorneys for Cairn Capital Investment Funds ICAV, for its sub fund Cairn Capstone Special Opportunities Fund*

KASOWITZ BENSON
TORRES LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
101 California Street, Suite 3000, San Francisco, CA 94111

A true and correct copy of the foregoing document entitled (*specify*): Evidentiary Objection to Declaration of Hanan Kadadu in Opposition to Motion for (I) Order [Appointing] Trustee Pursuant to 11 U.S.C. § 1104(a), or, Alternatively, (II) Order Granting Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d)
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/14/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Golubchik – dbg@lnbyb.com
Kurt Ramlo – kr@lnbyb.com
Ron Maroko – ron.maroko@usdoj.gov
United States Trustee (L.A.) – ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/14/2020 | Andrew R.J. Muir | /s/ Andrew R.J. Muir |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.