David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: KR@LNBYB.com

Attorneys for Temerity Trust Management, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles Division

| | |
|---|---|
| In re:<br><br>TEMERITY TRUST MANAGEMENT, LLC, aka Temerity Management, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 2:20-bk-15015-BR<br><br>Chapter 11<br><br>**Stipulation to Continue Evidentiary Hearing on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)**<br><br>Current Date:<br>Date:  December 8, 2020<br>Time:  2:00 p.m.<br>Place:  Courtroom 1668<br>           255 East Temple Street<br>Los Angeles, California 90012 |

Temerity Trust Management, LLC ("**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, and Cairn Capital Investment Funds ICAV ("**Cairn Capital**") stipulate to a one-week continuance of Cairn's second *Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)* (ECF No. 63, filed September 25, 2020, the "**Motion**,"), as follows:

**RECITALS**

A.     Cairn Capital's Motion seeks to modify the automatic stay to allow it to conclude a nonjudicial foreclosure proceeding with respect to a residence owned by the Debtor.  An evidentiary hearing on the Motion is currently set for December 8, 2020, at 2:00 p.m.

B. The residence is also subject to an asset forfeiture criminal proceeding pending in the Southern District of New York.

C. The Debtor and Cairn Capital have been in discussions about resolving the disputes concerning Cairn Capital's Motion.

D. The parties have made significant progress in those discussions but additional time is needed, and the Debtor and Cairn Capital believe that additional time will benefit both parties. The Debtor and Cairn Capital have therefore agreed to request the Court to continue the evidentiary hearing on the Motion for one week.

E. The Debtor believes that a continuance is in the best interests of the estate and its stakeholders.

F. The Debtor and Cairn also believe that a continuance will promote judicial economy and that good cause exists for granting the continuance.

### TERMS OF STIPULATION

In reliance on the foregoing, the Debtor and Cairn Capital stipulate as follows:

1. That the evidentiary hearing on the Motion, currently scheduled for December 8, 2020 at 2:00 p.m., be continued for at least one week.

Dated: December 2, 2020    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ Kurt Ramlo
David B. Golubchik
Kurt Ramlo
Attorneys for Temerity Trust Management, LLC, Debtor and Debtor in Possession

Dated: December 2, 2020    KASOWITZ BENSON TORRES LLP

By: _____
Andrew R.J. Muir
Andrew K. Glenn (admitted pro hac vice)
Shai Schmidt (admitted pro hac vice)
Attorneys for Cairn Capital Investment Funds ICAV, for its sub fund Cairn Capstone Special Opportunities Fund

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled **Stipulation to Continue Evidentiary Hearing on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **_December 2, 2020_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, stephanie@lnbyb.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Andrew Muir on behalf of Creditor Cairn Capital Investment Funds ICAV for its sub fund Cairn Capstone Special Opportunities Fund
amuir@kasowitz.com, courtnotices@kasowitz.com

Kurt Ramlo on behalf of Debtor Temerity Trust Management, LLC
kr@lnbyb.com, kr@ecf.inforuptcy.com

Jeremy V Richards on behalf of Creditor Noriva Capital LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On **_December 2, 2020_**, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Courtesy Copy
The Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_December 2, 2020,_** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 2, 2020 | John Berwick | /s/John Berwick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**