David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: KR@LNBYB.com

Attorneys for Temerity Trust Management, LLC,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles Division

In re:

TEMERITY TRUST MANAGEMENT, LLC, aka Temerity Management, LLC,

Debtor and Debtor in Possession.

Case No. 2:20-bk-15015-BR

Chapter 11

**Stipulation to Convert Evidentiary Hearing to Status Conference on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)**

Evidentiary Hearing Date:
Date: January 5, 2021
Time: 1:00 p.m.
Place: Courtroom 1668
       255 East Temple Street
Los Angeles, California 90012

Temerity Trust Management, LLC ("**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, and Cairn Capital Investment Funds ICAV ("**Cairn Capital**") stipulate to convert the evidentiary hearing currently set for 1:00 p.m. on January 5, 2021 to a status conference on Cairn's second *Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)* (ECF No. 63, filed September 25, 2020, the "**Motion**,"), as follows:

### RECITALS

A.  Cairn Capital's Motion seeks to modify the automatic stay to allow it to conclude a nonjudicial foreclosure proceeding with respect to a residence owned by the Debtor. A

continued evidentiary hearing on the Motion is currently set for January 5, 2021, at 1:00 p.m.

B.    The residence is also subject to an asset forfeiture criminal proceeding pending in the Southern District of New York.

C.    The Debtor and Cairn Capital have been in discussions about consensually resolving the disputes concerning Cairn Capital's Motion.

D.    The parties have made significant progress in those discussions but additional time is still needed, and the Debtor and Cairn Capital believe that indefinitely postponing the evidentiary hearing will benefit both parties. The Debtor and Cairn Capital have therefore agreed to request the Court to convert the evidentiary hearing to a status conference to allow the parties to advise the Court of the compromise discussions and to discuss further scheduling of the Motion.

E.    The Debtor believes that this stipulation is in the best interests of the estate and its stakeholders.

F.    The Debtor and Cairn also believe that a status conference will promote judicial economy and that good cause exists for converting the evidentiary hearing to a status conference.

**TERMS OF STIPULATION**

In reliance on the foregoing, the Debtor and Cairn Capital stipulate as follows:

1.    That the evidentiary hearing on the Motion, currently scheduled for January 5, 2021, at 1:00 p.m., is converted to a status conference on the Motion.

Dated: December 30, 2020    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ Kurt Ramlo
David B. Golubchik
Kurt Ramlo
Attorneys for Temerity Trust Management, LLC, Debtor and Debtor in Possession

Dated: December 30, 2020    KASOWITZ BENSON TORRES LLP

By: /s/ Shai Schmitt
Andrew R.J. Muir
Andrew K. Glenn (admitted pro hac vice)
Shai Schmidt (admitted pro hac vice)
Attorneys for Cairn Capital Investment Funds ICAV, for its sub fund Cairn Capstone Special Opportunities Fund

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **Stipulation to Convert Evidentiary Hearing to Status Conference on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 30, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, stephanie@lnbyb.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Andrew Muir on behalf of Creditor Cairn Capital Investment Funds ICAV for its sub fund Cairn Capstone Special Opportunities Fund
amuir@kasowitz.com, courtnotices@kasowitz.com

Kurt Ramlo on behalf of Debtor Temerity Trust Management, LLC
kr@lnbyb.com, kr@ecf.inforuptcy.com

Jeremy V Richards on behalf of Creditor Noriva Capital LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **December 30, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service List served by U.S. Mail attached

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 30, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Courtesy Copy Via Overnight Delivery</u>
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 30, 2020 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**