David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: KR@LNBYB.com

Attorneys for Temerity Trust Management, LLC,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Los Angeles Division**

| | |
|---|---|
| In re:<br><br>TEMERITY TRUST MANAGEMENT, LLC, aka Temerity Management, LLC,<br><br>Debtor and Debtor in Possession. | Case No. 2:20-bk-15015-BR<br><br>Chapter 11<br><br>**Fourth Joint Status Report on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Request for Continuance**<br><br>Status Conference:<br>Date:   June 29, 2021<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>            255 East Temple Street<br>Los Angeles, California 90012 |

Temerity Trust Management, LLC ("**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, and Cairn Capital Investment Funds ICAV ("**Cairn Capital**") submit the following joint status report and request for continuance of the June 29, 2021 status conference on Cairn's second *Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)* (ECF No. 63, filed September 25, 2020, the "**Motion**,"), as follows:

Cairn Capital's Motion seeks to modify the automatic stay to allow it to conclude a nonjudicial foreclosure proceeding with respect to a residence owned by the Debtor.  The residence is also subject to an asset forfeiture criminal proceeding pending in the Southern District of New York.

The Debtor and Cairn Capital continue to exchange drafts of agreements to consensually resolve the disputes concerning Cairn Capital's Motion, including negotiation of a Court-supervised sale of the residence, remaining terms of the sale process, and soliciting consents of third parties for a sale of the residence. The draft settlement documents include a proposed consent order among the Department of Justice, William Sadleir, the Debtor, Cairn Capital, and BlackRock Multi-Sector Income Trust that sets forth the terms and conditions for the DOJ's consent to the marketing and sale of the residence. The Debtor anticipates filing relatively soon an application for approval of two real estate brokers agreed to by all parties for the joint marketing of the residence and a motion for approval of the settlement agreement, the DOJ stipulation, and the sale of the residence in accordance with the terms of the settlement agreement and DOJ stipulation.

The Debtor and Cairn Capital believe that progress is sufficient to warrant a 2-week continuance of the status conference and request such continuance.

Dated: June 23, 2021        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: /s/ Kurt Ramlo
David B. Golubchik
Kurt Ramlo
Attorneys for Temerity Trust Management, LLC, Debtor and Debtor in Possession

Dated: June 24, 2021        GLENN AGRE BERGMAN & FUENTES LLP

By: p.p. /s/ Kurt Ramlo
Andrew K. Glenn (admitted pro hac vice)
Shai Schmidt (admitted pro hac vice)
Attorneys for Cairn Capital Investment Funds ICAV, for its sub fund Cairn Capstone Special Opportunities Fund

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **Fourth Joint Status Report on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Request for Continuance** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 24, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, stephanie@lnbyb.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Andrew Muir on behalf of Creditor Cairn Capital Investment Funds ICAV for its sub fund Cairn Capstone Special Opportunities Fund
amuir@kasowitz.com, courtnotices@kasowitz.com

Kurt Ramlo on behalf of Debtor Temerity Trust Management, LLC
kr@lnbyb.com, kr@ecf.inforuptcy.com

Jeremy V Richards on behalf of Creditor Noriva Capital LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service List served by U.S. Mail attached

**2**. <u>**SERVED BY UNITED STATES MAIL**</u>: On **June 24, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service List served by U.S. Mail attached

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2021 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF.SERVICE**