David B. Golubchik (State Bar No. 185520)
Kurt Ramlo (State Bar No. 166856)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: KR@LNBYB.com

Attorneys for Temerity Trust Management, LLC,
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles Division

| | |
|---|---|
| In re: | Case No. 2:20-bk-15015-BR |
| TEMERITY TRUST MANAGEMENT, LLC, aka Temerity Management, LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **Stipulation to Continue Status Conference on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Debtor's Motion to Approve Disclosure Statement**<br><br>Status Conference:<br>Date:   August 3, 2021<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>        255 East Temple Street<br>        Los Angeles, California 90012 |

Temerity Trust Management, LLC ("**Debtor**"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, and Cairn Capital Investment Funds ICAV ("**Cairn Capital**") stipulate to continue for one week the August 3, 2021 status conferences on Cairn's second *Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)* (ECF No. 63, filed September 25, 2020, the "**Lift-Stay Motion**") and Debtor's *Motion for Entry of Order Approving the Disclosure Statement Describing Second Amended Plan of Reorganization Dated September 15, 2020* (ECF No. 59), as follows:

Cairn Capital's Lift Stay Motion seeks to modify the automatic stay to allow it to

1  conclude a nonjudicial foreclosure proceeding with respect to a residence owned by the Debtor.

2  The residence is also subject to an asset forfeiture criminal proceeding pending in the Southern

3  District of New York.

4       The Debtor and Cairn Capital have yet to execute settlement documents but the principal

5  documents appear to be final in form.  The parties believe that judicial economy would be served

6  by continuing the status conferences for at least one week.

7       WHEREFORE, the parties stipulate to continue the August 3, 2021 status conferences to

8  August 10, 2021.

9  Dated:  August 2, 2021          LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

10

11                      By:___*/s/ Kurt Ramlo*_____
                         David B. Golubchik

12                           Kurt Ramlo
                    Attorneys for Temerity Trust Management, LLC, Debtor
                    and Debtor in Possession

13  Dated:  August 2, 2021          GLENN AGRE BERGMAN & FUENTES LLP

14

15                      By:_____

16                           Andrew K. Glenn (admitted pro hac vice)
                         Shai Schmidt (admitted pro hac vice)

17                      Attorneys for Cairn Capital Investment Funds ICAV, for its
                    sub fund Cairn Capstone Special Opportunities Fund

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **Stipulation to Continue Status Conference on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Debtor's Motion to Approve Disclosure Statement** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 2, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lyn Agre on behalf of Creditor Cairn Capital Investment Funds ICAV for its sub fund Cairn Capstone Special Opportunities Fund
lagre@glennagre.com

David B Golubchik on behalf of Interested Party Courtesy NEF
dbg@lnbyb.com, stephanie@lnbyb.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Andrew Muir on behalf of Creditor Cairn Capital Investment Funds ICAV for its sub fund Cairn Capstone Special Opportunities Fund
amuir@kasowitz.com, courtnotices@kasowitz.com

Kurt Ramlo on behalf of Debtor Temerity Trust Management, LLC
kr@lnbyb.com, kr@ecf.inforuptcy.com

Jeremy V Richards on behalf of Creditor Noriva Capital LLC
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service List served by U.S. Mail attached

**2.   SERVED BY UNITED STATES MAIL**: On **August 2, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service List served by U.S. Mail attached

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 2, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is
true and correct.

2

3

| August 2, 2021 | John Berwick | /s/ John Berwick |
|---|---|---|
| Date | Type Name | Signature |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.