David B. Golubchik (SBN 185520)
Kurt Ramlo (SBN 166856)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: KR@LNBYG.com

Attorneys for Temerity Trust Management, LLC,
Debtor and Debtor in Possession

**FILED & ENTERED**

**JAN 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles Division

| | |
|---|---|
| In re:<br><br>TEMERITY TRUST MANAGEMENT, LLC, aka Temerity Management, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:20-bk-15015-BR<br><br>Chapter 11<br><br>**Order Granting Request to Continue Status Conference on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Debtor's Motion to Approve Disclosure Statement**<br><br>Current Hearing Date:<br>Date:   January 25, 2022<br>Time:  2:00 p.m.<br>Place:  Courtroom 1668<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

Having considered the *Fifteenth Joint Status Report on Cairn Capital's Second Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d) and Debtor's Motion to Approve Disclosure Statement and Request for Continuance* (ECF 169, filed December 28, 2021), filed jointly by Temerity Trust Management, LLC ("**Debtor**"), the debtor and debtor in possession, and Cairn Capital Investment Funds ICAV ("**Cairn Capital**"), with respect to Cairn's second *Motion for Order Granting Relief from Stay Pursuant to 11 U.S.C. § 362(d)* (ECF No. 63, filed September 25, 2020, the "**Lift-Stay Motion**,") and the Debtor's *Motion for Entry of Order Approving the Disclosure Statement Describing Second Amended Plan of Reorganization Dated September 15, 2020* (ECF No. 59, filed September 15, 2020 (the "**Disclosure Statement**

1  **Motion**"), and good cause appearing,

2      IT IS HEREBY ORDERED that the status conferences on the Lift Stay Motion and the

3  Disclosure Statement Motion, currently scheduled for January 25, 2022, at 2:00 p.m., are

4  continued to February 15, at 2:00 p.m.  A joint status report is due by February 8, 2022 at noon.

5                                              # # #

24  Date: January 21, 2022

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge